**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| IVAN E. DIAZ, | ) NO. CV 13-05494-AB (AS) |
| Petitioner, | ) |
| v. | ) **JUDGMENT** |
| DAVID LONG, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 30, 2016

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE